U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| [illegible handwriting] | [illegible] |
| DEFENDANT | TYPE OF PROCESS |
| [illegible handwriting] | Summons & Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

17 Central Square

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

West Bridgewater, MA 02379

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

[illegible name/address handwritten]

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

[stamp: 2004 DEC 10 A 8 — U.S. MARSHAL SERVICE BOSTON MA]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[illegible handwriting]

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 617-145-[illeg] | DATE 12/9/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk [signature] | Date 12/10/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 2/7/05   Time 7:38 am

Signature of U.S. Marshal or Deputy [signature]

| Service Fee 180.00 | Total Mileage Charges (including endeavors) 18.25 | Forwarding Fee | Total Charges 198.25 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
2/17/04 — NOT KNOWN AT DENTIST OFFICE. APT ON 2nd FL — NO ANSWER 9:04 AM
EDWARD S. ZAMAITIS — NAME OF DENTIST OFFICE AT 17 CENTRAL SQ.
[illeg] NO RESPONSE [illeg]   1/31/05 — NO RESPONSE

1. CLERK OF THE COURT    FORM USM-[illeg]

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNTIED STATES OF AMERICA | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| MARYANNE THOMAS-SAADE | 04 12572 RWZ |

TO: (Name and address of defendant)

Maryanne Thomas-Saade
17 Central Square
West Bridgewater, MA 02379

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher R. Donato
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK



(BY) DEPUTY CLERK

DATE

This form was electronically produced by Elite Federal Forms, Inc.