UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>V.<br><br>**MARYANNE THOMAS-SAADE**<br>**Defendant** | CIVIL ACTION<br><br>NO.   04CV12572-RWZ |

### NOTICE OF DEFAULT

Upon application of the Plaintiff,  UNITED STATES  for an order of Default for failure of the Defendant,  MARYANNE THOMAS-SAADE , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **6TH** day of   APRIL , 2005 .

SARAH A. THORTON
**CLERK OF COURT**

By:    s/ Lisa A. Urso
**Deputy Clerk**

**Notice mailed to:**
**Plaintiff's atty. & Defendant**

(Default Notice.wpd - 12/98)                              [ntcdflt.]