UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES OF AMERICA**</u>
        **Plaintiff**

    **V.**

<u>**MARYANNE THOMAS-SAADE**</u>
        **Defendant**

**CIVIL ACTION**

**NO. <u>04-12572-RWZ</u>**

<u>**DEFAULT JUDGMENT**</u>

<u>**ZOBEL, D. J.**</u>

In accordance with the ENDORSED ORDER entered 5/19/05;

JUDGMENT is entered for PLAINTIFF in the amount of $175,032.48.

        By the Court,

<u> 5/19/05 </u>
Date

<u>s/ Lisa A. Urso</u>
Deputy Clerk